ANDREA E. BATES, ESQ, SBN 192491
Abates@Bates-Bates.com
MICHAEL A. BOSWELL, ESQ. SBN 198994
MBoswell@Bates-Bates.com
BATES & BATES, LLC
964 DeKalb Avenue, Suite 101
Atlanta, Georgia 30307
Phone  (866)701-0404 and (562) 360-2097
Fax     (404)963-6231

Attorneys for
Plaintiff
GIBSON GUITAR CORP.,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON GUITAR CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WOWWEE USA, INC., a California corporation; WAL-MART STORES, INC., a Delaware corporation; AMAZON.COM, INC., a Delaware corporation; BIG LOTS STORES, INC., an Ohio corporation; KMART CORPORATION, a Michigan corporation; TARGET CORPORATION, a Minnesota corporation; TOYS "R" US-DELAWARE, INC., a Delaware corporation; WALGREEN CO., an Illinois corporation; BROOKSTONE COMPANY, INC., a New Hampshire corporation; BEST BUY CO. INC., a Minnesota corporation; EBAY INC., a Delaware corporation, TOYWIZ, INC., a New York corporation, HSN, Inc. a Delaware corporation, and DOES 1 through 100,<br><br>Defendants. | Case No.  CV10-8884 RGK (RZx)<br><br>NOTICE OF EX PARTE APPLICATION BY PLAINTIFF GIBSON GUITAR CORP. FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF<br><br>LOCAL RULES 7-19, 7-19.1<br><br>Dept.: 805<br>Judge: R. Gary Klausner |

-1-

NOTICE OF EX PARTE APPLICATION OF PLAINTIFF GIBSON GUITAR CORP. FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

TO THE DEFENDANTS:

WOWWEE USA, INC., WAL-MART STORES, INC., AMAZON.COM, INC., BIG LOTS STORES, INC., K MART CORPORATION, TARGET CORPORATION, TOYS "R" US-DELAWARE, INC., WALGREEN CO., BROOKSTONE COMPANY, INC., BEST BUY CO., INC., EBAY INC., TOYWIZ, INC., and HSN, INC.

Plaintiff GIBSON GUITAR CORP., hereby seeks a temporary restraining order against you for the usage of Plaintiff's Les Paul Body Shape Design ® Trademark, the Les Paul Peg-Head® Trademark, the Bell Cover Design® Trademark, the Flying V Body Shape Design® Trademark, the Explorer Body Shape Design® Trademark, the Kramer Peg-Head® Trademark, and the SG Body Design® Trademark, the word mark LES PAUL®, the word mark FLYING V®, the word mark EXPLORER®, the word mark GIBSON® and the word mark S-G® (*i.e.*, U.S. Trademark Registrations 1782606, 1020485, 1022637, 1539282, 1216644, 2641548, 1045872 and 15453112051790, 2053805, 1567052, and 2215791) and similar variations thereof on the at www.paperjamz.com, www.wowwee.com (Defendant WowWee), www.walmart.com (Defendant Wal-Mart), amazon.com (Defendant Amazon), www.biglots.com (Defendant Big Lots), www.kmart.com (Defendant K Mart), www.target.com (Defendant Target), www.toyrus.com (Defendant Toys R Us), www.walgreens.com (Defendant Walgreen), www.brookstone.com (Defendant Brookstone), www.ebay.com (Defendant EBay), www.toywiz.com (Defendant ToyWiz), and www.hsn.com (Defendant HSN) websites and other websites operated by you.

-2-

NOTICE OF EX PARTE APPLICATION OF PLAINTIFF GIBSON GUITAR CORP. FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

The basis for the relief sought by Plaintiff is set forth in the documents attached and listed below:

1. Plaintiff's Ex Parte Application for a Temporary Restraining Order and an Order to Show Cause re: Preliminary Injunction: Memorandum of Points and Authorities; and Declarations of Bruce Mitchell and Andrea E. Bates.

2. Proposed Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue.

## FURTHER NOTICE RE: OPPOSITION PROCEDURE

To the Defendants:

If you wish to file an opposition to the Ex Parte Application, you must file your opposition with the above-mentioned court by 3 p.m. the first business day following the service of the Ex parte Application.

If you do not intend to file an opposition, you must inform the courtroom deputy clerk by telephone as soon as possible. The Courtroom Deputy Clerk can be reached at (213) 894-2649.

Respectfully submitted,

BATES & BATES, LLC

DATED: November 19, 2010

*[signature]*

ANDREA E. BATES
MICHAEL A. BOSWELL
Attorneys for PLAINTIFF
GIBSON GUITAR COR

NOTICE OF EX PARTE APPLICATION OF PLAINTIFF GIBSON GUITAR CORP. FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF