UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8884-RGK (RZx) | Date | November 24, 2010 |
|---|---|---|---|
| Title | *GIBSON GUITAR CORP. v WOWWEE USA, INC., et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  **(IN CHAMBERS)** Order re: Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction (DE 5)

    On November 19, 2010, Plaintiff filed an Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction. According to the evidence submitted, Plaintiff knew at least since October 15, 2010, of Defendant Wowwee's alleged infringing activities. (Mitchell Decl. at
¶ 8.) Based on this evidence the Court finds that Plaintiff fails to show that emergency relief is warranted. Therefore, Plaintiff's application for TRO is hereby **denied**.

    The Court hereby issues an Order to Show Cause re: Preliminary Injunction, which shall be heard on the papers. Defendants shall file their opposition to the OSC no later than **December 8, 2010**. Any reply shall be filed no later than **December 13, 2010**. The OSC will taken under submission, making no appearances necessary.

    **IT IS SO ORDERED**.

                                       : 

Initials of Preparer  slw