ANDREA E. BATES, ESQ. SBN 192491
Abates@Bates-Bates.com
MICHAEL A. BOSWELL, ESQ. SBN 198994
MBoswell@Bates-Bates.com
BATES & BATES, LLC
964 DeKalb Avenue, Suite 101
Atlanta, Georgia 30307
Phone (866)701-0404 and (562) 360-2097
Fax (404)963-6231

Attorneys for
Plaintiff
GIBSON GUITAR CORP.,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON GUITAR CORP., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> WOWWEE USA, INC., et. al., <br><br> Defendants. | Case No. CV10-8884 RGK (RZx) <br><br> [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION <br><br> Judge: Judge R. Gary Klausner |

TO THE DEFENDANTS;

WOWWEE USA, INC., WAL-MART STORES, INC., AMAZON.COM, INC., BIG LOTS STORES, INC., K MART CORPORATION, INC., TARGET CORPORATION, TOYS "R" US-DELAWARE, INC., WALGREEN CO.,

BROOKSTONE COMPANY, INC., BEST BUY CO., INC., EBAY INC., TOYWIZ, INC., and HSN, INC.

Based on the showing made by Plaintiff Gibson Guitar Corp. in the APPLICATION BY PLAINTIFF GIBSON GUITAR CORP. FOR AN ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, together with all supporting papers, including, the Complaint, the declarations of Henry Juszkiewicz, Bruce Mitchell and the Ex Parte Application, related replies and declarations it appears to the Court that Plaintiff has demonstrated a likelihood of success on the merits for trademark and trade dress infringement and that irreparable harm is presumed, therefore unless restrained by order of this Court, Plaintiff will suffer immediate and irreparable injury, loss or damage. Accordingly, Defendants are enjoined from any distribution of the Gibson Trademarks.

I. **INTRODUCTION**

Plaintiff Gibson Guitar Corp. ("Plaintiff") sued Defendants WOWWEE USA, INC., WAL-MART STORES, INC., AMAZON.COM, INC., BIG LOTS STORES, INC., K MART CORPORATION, INC., TARGET CORPORATION, TOYS "R" US-DELAWARE, INC., WALGREEN CO., BROOKSTONE COMPANY, INC., BEST BUY CO., INC., EBAY INC., TOYWIZ, INC., and HSN, INC (collectively "Defendants") on November 19, 2010, asserting claims for (1) trademark infringement under the Lanham Act, (2) trademark counterfeiting under the Lanham Act, (3) false

**IT IS THEREFORE ORDERED** that: Defendants WOWWEE USA, INC., WAL-MART STORES, INC., AMAZON.COM, INC., BIG LOTS STORES, INC., K MART CORPORATION, INC., TARGET CORPORATION, TOYS "R" US-DELAWARE, INC., WALGREEN CO., BROOKSTONE COMPANY, INC., BEST BUY CO., INC., EBAY INC., TOYWIZ, INC., and HSN, INC. are required to:

(a) Refrain from claiming or representing that any products and/or services sold by Defendants are made directly by Gibson or its lawful licensees pursuant to Gibson's strict quality control standards or that Gibson has authorized or licensed the use by Defendants of the Gibson Trademarks for those products;

(b) Refrain from using, in any manner, or holding itself out as having rights to use, the Gibson Marks or any other name, mark or design confusingly similar to the Gibson Marks to designate, describe or refer to themselves or in conjunction with any product or service, including any use in conjunction with any Internet activities conducted by it or on its behalf such as any use as a domain name or in the text, graphics and hypertext metatags of any Internet website, including those found on the Paper Jamz products;

(c) Refrain from requesting or inducing Internet search engines to display links to the Defendants' website or other websites displaying or promoting Defendants' products or services when potential customers using those search engines

1  search for terms containing variations of the FLYING V® mark, the LES PAUL®
2  mark, the S-G® mark, the EXPLORER® mark, or the GIBSON® mark;
3
4     (d)   Refrain from selling, offering for sale, promoting, advertising, distributing
5  or providing or offering to provide any goods or services in conjunction with the
6  Gibson Marks or any other name, mark or design confusingly similar to the Gibson
7  Marks in conjunction with any product or service, including Paper Jamz;
8
9     (e)   Refrain from engaging in any course of conduct likely to cause confusion,
10 deception or mistake or injure Plaintiff's business reputation or dilute the Gibson
11 Marks or appropriate the good will and reputation of said mark or lead to the passing
12 off of Defendants' products and services as Gibson products and services; and
13
14    (f)   Any parties who aid or abet Defendants' sale or distribution of the Paper
15 Jamz products and/or Gibson Marks are also enjoined. Provided they receive actual
16 notice of the order.
17
18    Bond is set at $50,000 , USD.
19
20    **IT IS SO ORDERED.**
21
22
23 Dated: DEC 21 2010 , 2010
24
25
26                                           _____
27                                           UNITED STATES DISTRICT JUDGE
                                             Judge R. Gary Klausner
28