**BATES & BATES, LLC**
Andrea E. Bates (SBN 192491)
Abates@Bates-Bates.com
964 DeKalb Avenue, Suite 101
Atlanta, Georgia 30307
Telephone: (866) 701-0404, (562) 360-2097
Facsimile: (404) 963-6231
Attorneys for Plaintiff Gibson Guitar Corp.

JS-6

**PRUETZ LAW GROUP LLP**
Adrian M. Pruetz (SBN 118215)
ampruetz@pruetzlaw.com
200 N. Sepulveda Blvd., Suite 1525
El Segundo, CA 90245
Telephone:  (310) 765-7650
Facsimile:   (310) 765-7641
Attorneys for Defendants WowWee USA, Inc., Amazon.com, Inc., Best Buy Co., Inc., Big Lots Stores, Inc., Brookstone Company, Inc., HSN, Inc., Kmart Corporation, Toys 'R' Us US-Delaware, Inc. and Walgreen Co.

**MORRISON & FOERSTER LLP**
Scott C. Moore (SBN 203181)
smoore@mofo.com
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
Telephone:  (213) 892-5200
Facsimile:   (213) 892-5454
Attorneys for Defendant Target Corporation

**FOLEY & LARDNER LLP**
Laura L. Chapman (SBN 167249)
lchapman@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104
Telephone:  (415) 438-6425
Facsimile:   (415) 434-4507
Attorneys for Defendant Wal-Mart Stores, Inc.

**BINGHAM McCUTCHEN LLP**
Mary T. Huser (SBN 136051)
mary.huser@bingham.com
1900 University Avenue
East Palo Alto, CA  94303
Telephone: 650.849.4400
Facsimile:   650.849.4800
Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GIBSON GUITAR CORP.,<br>          Plaintiff,<br>     v.<br>WOWWEE USA, INC., *et al.*,<br>          Defendants. | No. 2:10-cv-08884-RGK (RZx)<br>**[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL**<br>Judge:     Hon. R. Gary Klausner<br>Courtroom: 850 |

1  Based on the stipulation of the parties, and good cause appearing,
2  IT IS HEREBY ORDERED:
3  1. That this action is dismissed with prejudice without costs or attorneys
4  fees; and
5  2. That the funds deposited by plaintiff to secure the preliminary injunction
6  be returned to plaintiff.

8  DATED: 01/11/2011  BY: /s/ Gary Klausner
9  Hon. R. Gary Klausner
   United States District Judge

12  cc:  Fiscal Department